No. 05–7535. ARAUJO-CANTU v. UNITED STATES; ROCHA-GARCIA v. UNITED STATES; RUIZ-MONTOYA v. UNITED STATES; TINAJERO-RIVERA v. UNITED STATES; and PEREZ-LIZARDI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮